# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Lettow, Charles F. | 2. Court or Organization<br><br>U.S. Court of Federal Claims | 3. Date of Report<br><br>05/01/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Ct. of Fed. Claims Judge - - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

| 7. Chambers or Office Address |
|---|
| National Courts Building<br>717 Madison Place, N.W.<br>Washington, D.C. |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President and Director | Busy Way Farms, Inc. (Subchapter S farm entity wholly owned by family members; position is not compensated |
| 2. | Partner | Homestead partnership (small farm entity wholly owned by family members; position is not compensdated |
| 3. | Trustee | Family trust (position is not compensated) |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/1/1993 | Cleary, Gottlieb, Steen & Hamilton retirement plan with former law firm, no control |
| 2. | | (NOTE: An opinion from the Committee on Codes of Conduct dated June 12, 2003, considers that receipt of the retirement annuity provided under this plan accords |
| 3. | | with the Code of Conduct for United States Judges.) |

| Name of Person Reporting | Date of Report |
|---|---|
| Lettow, Charles F. | 05/01/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Cleary, Gottlieb, Steen & Hamilton (retirement annunity) | $693,998.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lettow, Charles F. | 05/01/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Morgan Stanley | Portfolio Loan Account | O |
| 2. | Pacific Life | Life Policy Loan | O |
| 3. | Morgan Stanley | Portfolio Loan Account | P1 |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lettow, Charles F. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   (H) IRA #1 | | | | | | | | | |
| 2.   -Morgan Stanley Bank | A | Interest | M | T | | | | | |
| 3.   -BBT | E | Dividend | O | T | | | | | |
| 4.   -BGS | E | Dividend | M | T | Sold (part) | 05/24/18 | M | G | |
| 5. | | | | | Sold (part) | 06/21/18 | L | F | |
| 6. | | | | | Sold (part) | 07/19/18 | K | E | |
| 7. | | | | | Sold (part) | 08/06/18 | J | D | |
| 8.   -CVX | D | Dividend | M | T | Sold (part) | 06/21/18 | L | E | |
| 9. | | | | | Sold (part) | 07/06/18 | M | F | |
| 10. | | | | | Sold (part) | 07/19/18 | M | F | |
| 11. | | | | | Sold (part) | 08/06/18 | L | E | |
| 12.   -CL | D | Dividend | N | T | | | | | |
| 13.   -INGR | C | Dividend | | | Sold (part) | 04/10/18 | L | F | |
| 14. | | | | | Sold (part) | 04/26/18 | M | E | |
| 15. | | | | | Sold (part) | 05/24/18 | L | E | |
| 16. | | | | | Sold | 05/24/18 | J | | |
| 17.   -PKG | E | Dividend | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lettow, Charles F. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -PX (merged into LIN) | D | Dividend | | | Sold (part) | 07/19/18 | K | E | |
| 19. | | | | | Sold (part) | 08/06/18 | K | E | |
| 20. | | | | | Merged (with line 23) | 10/31/18 | N | G | See Part VIII |
| 21. -SJM | D | Dividend | M | T | Sold (part) | 06/21/18 | M | E | |
| 22. | | | | | Sold (part) | 08/06/18 | K | E | |
| 23. -LIN (formerly PX) | B | Dividend | N | T | Sold (part) | 10/31/18 | J | | See Part VIII |
| 24. (H) Brokerage Act. #1 | | | | | | | | | |
| 25. -Morgan Stanley Bank | A | Interest | K | T | | | | | |
| 26. -BBT | D | Dividend | N | T | | | | | |
| 27. -BPT | B | Royalty | J | T | | | | | |
| 28. -CL | D | Dividend | N | T | | | | | |
| 29. -XOM | D | Dividend | M | T | Sold (part) | 10/09/18 | J | B | |
| 30. LIN (formerly PX) | B | Dividend | M | T | Sold (part) | 10/31/18 | J | | See Part VIII |
| 31. -PKG | D | Dividend | N | T | | | | | |
| 32. -PEP | D | Dividend | M | T | Sold (part) | 07/30/18 | L | D | |
| 33. -QEP | | None | | | Sold | 07/30/18 | L | | |
| 34. -COF | D | Dividend | O | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lettow, Charles F. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  --SJM | D | Dividend | M | T | | | | | |
| 36.  -PX (merged into LIN) | C | Dividend | | | Merged (with line 30) | 10/31/18 | M | G | See Part VIII |
| 37.  (H) Trust #1 | | | | | | | | | |
| 38.  -Morgan Stanley Bank | A | Interest | K | T | | | | | |
| 39.  -MMM (3M) | D | Dividend | M | T | Sold (part) | 04/10/18 | K | C | |
| 40.  -BBT | D | Dividend | N | T | | | | | |
| 41.  -COF | D | Dividend | O | T | | | | | |
| 42.  -CL | E | Dividend | O | T | Sold (part) | 12/24/18 | L | | |
| 43.  -GIS | D | Dividend | M | T | Sold (part) | 04/10/18 | J | | |
| 44.  -LIN (formerly PX) | A | Dividend | M | T | Sold (part) | 12/14/18 | J | | See Part VIII |
| 45.  -MDT | A | Dividend | J | T | | | | | |
| 46.  -PKG | D | Dividend | N | T | | | | | |
| 47.  -PEP | D | Dividend | M | T | Sold (part) | 12/14/18 | J | B | |
| 48.  -PX (Merged into LIN) | C | Dividend | | | Merged (with line 44) | 10/31/18 | N | G | See Part VIII |
| 49.  -SJM | D | Dividend | M | T | | | | | |
| 50.  -WFC | D | Dividend | L | T | | | | | |
| 51.  -QEP | | None | | | Sold | 08/21/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lettow, Charles F. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -LNT | A | Dividend | J | T | | | | | |
| 53.  -BPT | B | Royalty | J | T | | | | | |
| 54.  -XOM | D | Dividend | M | T | | | | | |
| 55.  -KMI | | None | | | | | | | See Part VIII |
| 56.  -Stoneham Partners | | None | P1 | Q | | | | | See Part VIII |
| 57.  -Vorbeck Materials pfd. stock | | None | N | Q | | | | | See Part VIII |
| 58.  -Vorbeck Materials bridge loan | | None | P1 | Q | Buy | 01/22/18 | N | | See Part VIII |
| 59. | | | | | Buy | 09/05/18 | M | | See Part VIII |
| 60.  USAA Money Mkt. Fund | A | Dividend | L | T | | | | | |
| 61.  Thrivent Whole Life | A | Distribution | J | U | | | | | |
| 62.  USAA Whole Life 1 | B | Distribution | K | U | | | | | |
| 63.  USAA Whole Life 2 | B | Distribution | L | U | | | | | |
| 64.  Pacific Life Variable (Fixed LT Account) | D | Distribution | O | U | | | | | |
| 65.  USAA Subsc. Sav. Act. | C | Distribution | K | U | | | | | |
| 66.  Busy Way Farms | E | Int./Div. | O | U | | | | | |
| 67.  B&T Bank Act. | | None | J | T | | | | | |
| 68.  Homestead Partnership | B | Distribution | L | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lettow, Charles F. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Stoneham Partners | A | Interest | P1 | U | | | | | |
| 70. Vorbeck Materials pfd. stock | | None | O | U | | | | | |
| 71. Vorbeck Materials bridge loan | | None | P1 | U | Buy | 01/03/18 | K | | |
| 72. | | | | | Buy | 01/11/18 | K | | |
| 73. | | | | | Buy | 03/19/18 | L | | |
| 74. | | | | | Buy | 04/02/18 | L | | |
| 75. | | | | | Buy | 04/16/18 | M | | |
| 76. | | | | | Buy | 05/02/18 | M | | |
| 77. | | | | | Buy | 05/29/18 | L | | |
| 78. | | | | | Buy | 06/13/18 | L | | |
| 79. | | | | | Buy | 06/26/18 | L | | |
| 80. | | | | | Buy | 06/29/18 | K | | |
| 81. | | | | | Buy | 07/10/18 | L | | |
| 82. | | | | | Buy | 07/16/18 | K | | |
| 83. | | | | | Buy | 07/24/18 | M | | |
| 84. | | | | | Buy | 08/08/18 | L | | |
| 85. | | | | | Buy | 08/15/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lettow, Charles F. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy | 08/22/18 | L | | |
| 87. | | | | | Buy | 08/18/18 | K | | |
| 88. | | | | | Buy | 09/27/18 | J | | |
| 89. | | | | | Buy | 10/02/18 | M | | |
| 90. | | | | | Buy | 10/18/18 | L | | |
| 91. | | | | | Buy | 10/31/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lettow, Charles F. | 05/01/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Regarding lines 56, 57, 58, and 59, appraisals for estate purposes were made in late 2016, as of June 12, 2016. There have been no material changes in the pertinent assets since then, except for the cash purchases listed for lines 58 and 59.

Regarding line 55, a sale of KMI stock on 12/14/17 (reported for the 2017 year) actually disposed of all of the holdings in that entity.

Regarding lines 18, 23, 30, 36, 44, and 48, the merger of PX into LIN, a German company, was a stock-for-stock exchange. Nonetheless, the exchange was not tax free. The Internal Revenue Service required that gain in value of the LIN stock received over the cost basis in the PX stock exchanged be recognized, but losses were not recognized. Thus, gain codes appear in column D.4.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Charles F. Lettow**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544